IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:23-CR-067-K |
| v. | |
| MAGALY MEJIA CANO (02) | |

## FACTUAL RESUME

In support of Magaly Mejia Cano's plea of guilty to the offense in Count One of the Superseding Information, Magaly Mejia Cano, the defendant, Kara Carreras, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

### Elements of the Offense

To prove the offense alleged in Count One of the Superseding Information, charging a violation of 21 U.S.C. § 859, that is, distribution of a controlled substance to a person under 21 years of age, the government must prove each of the following elements beyond a reasonable doubt:

*First:* The defendant knowingly delivered a mixture or substance containing a detectable amount of N-phenyl-N- [1- (2-phenylethyl) -4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance to an underage person;

*Second:* That the defendant knew that it was a controlled substance or some other prohibited drug;

*Third:* The defendant was at least eighteen years of age; and

*Fourth:* The underage person was under twenty-one years of age.

Factual Resume—Page 1

## Stipulated Facts

Cano admits that at certain times between late December 2022 and February 3, 2023, she and co-defendant Luis Eduardo Navarrete utilized a residence located at 1823 Highland Drive, Carrollton, Texas to store and distribute quantities of counterfeit round blue pills with "M30" imprinted on one side. These pills contained a mixture or substance containing a detectible amount of N-phenyl-N- [1- (2-phenylethyl) -4-piperidinyl] propenamide (fentanyl) and are commonly referred to as "percs," "yerks" and "M30s" by customers who recreationally ingest the pills.

Cano admits that she and Navarrete lived together in the Highland Drive residence up until the date of her arrest. She further admits that Navarrete routinely placed multiple counterfeit "M30" pills near the front door of the home and those pills were distributed to customers as they came by the house. Cano stipulates that on the day of her arrest, law enforcement agents seized approximately 29 counterfeit "M30" pills containing fentanyl that were located near the front door of the Highland Drive residence.

Cano admits and acknowledges that between late December 2022 and February 3, 2023, codefendant Luis Eduardo Navarrete distributed quantities of counterfeit "M30" pills containing fentanyl to a network of juvenile dealers from his Highland Drive residence. On at least three occasions, Navarrete directed the defendant to distribute "M30" pills to customers, on his behalf. Cano admits that between late December 2022 and February 3, 2023, she distributed approximately 10 counterfeit "M30" pills containing fentanyl to customers.

Cano admits and acknowledges that on or about January 25, 2023, she distributed

multiple "M30" pills containing a detectible amount of N-phenyl-N- [1- (2-phenylethyl) -4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance to B.E., a 16-year-old juvenile dealer, in exchange for United States currency. Cano admits that at the time of this event, she was over the age of eighteen years old, and she knew that B.E. was under the age of twenty-one.

Cano agrees that she committed all the essential elements of the offense in Count One of the Superseding Information and that the offense(s) described occurred in the Northern District of Texas. The defendant further admits she understands this factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the Superseding Information.

**NOTHING FURTHER ON THIS PAGE**

AGREED TO AND STIPULATED on this 13th day of April, 2023.

LEIGHA SIMONTON
UNITED STATES ATTORNEY

RICK CALVERT
Assistant United States Attorney
Texas State Bar No. 03669700
1100 Commerce St., Suite 300
Dallas, Texas 75242
Telephone: 214-659-8600
Email: rick.calvert@usdoj.gov

_____  4/11/2023
MAGALY MEJIA CANO              Date
Defendant

_____  4/11/2023
KARA CARRERAS                  Date
ATTORNEY FOR DEFENDANT

Factual Resume—Page 4