


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:23-CR-067-K |
| v. | **(Supersedes indictment filed March 29, 2023)** |
| MAGALY MEJIA CANO (02) | |

### SUPERSEDING INFORMATION

Count One
Distribution of a Controlled Substance to a Person Under 21 Years of Age
(Violation of 21 U.S.C. § 859)

On or about January 25, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Magaly Mejia Cano**, at least eighteen years of age, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N- [1- (2-phenylethyl) -4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance, to B.E. (a minor), who at the time was a person under twenty-one years of age.

In violation of 21 U.S.C. § 859.

Information – Page 1

AGREED TO AND SIGNED this 13th day of April 2023.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

FOR: _____
PHELESA M. GUY
Assistant United States Attorney
Texas State Bar No. 00798230
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.4100
Email: Phelesa.Guy@usdoj.gov

_____
RICK CALVERT
Section Chief