IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT ALEXANDER GAITAN (06)<br>RAFAEL SOLIZ, JR. (08)<br>   a.k.a. "Rafi"<br>   a.k.a. "Junior" | Criminal No.  3:23-CR-0067-K |

## MOTION TO UNSEAL

COMES NOW the United States of America by and through the United States Attorney for the Northern District of Texas and respectfully moves that the Sealed Superseding Indictment returned on March 29, 2023, be unsealed as to defendants Robert Alexander Gaitan (06) and Rafael Soliz, Jr. a.k.a. "Rafi" a.k.a. "Junior" (08).

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*Rick Calvert*

_____
Rick Calvert
Assistant United States Attorney
Texas Bar No. 03669700
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
E-Mail: rick.calvert@usdoj.gov
Telephone: 214.659.8600

**Motion to Unseal Page 1**

CERTIFICATE OF SERVICE

      I hereby certify that on May 9, 2023, I electronically filed the foregoing document with the clerk for the United States District Court for the Northern District of Texas pursuant to its electronic filing system (ECF).  The ECF sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accepting service via this method.

*Rick Calvert*

_____
Rick Calvert
Assistant United States Attorney