IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:23-CR-0067 |
| v. | |
| ROBERT ALEXANDER GAITAN (06)<br>RAFAEL SOLIZ, JR.  (08)<br>    a.k.a. "Rafi"<br>    a.k.a. "JUNIOR" | |

## **MOTION FOR DETENTION AND MOTION TO CONTINUE DETENTION HEARING**

The United States moves for pre-trial detention of defendants Robert Alexander Gaitan and Rafael Soliz, Jr. a.k.a. "Rafi" a.k.a. "Junior," pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_   Crime of violence (18 U.S.C. §3156);

    \_\_\_\_\_   Maximum sentence life imprisonment or death

    \_X\_\_   10 + year drug offense

    \_\_\_\_\_   Felony, with two prior convictions in above categories

    \_X\_\_   Serious risk defendant will flee

    \_X\_\_   Serious risk obstruction of justice

    \_\_\_\_\_   Felony involving a minor victim

    \_\_\_\_\_   Felony involving a firearm, destructive device, or any other dangerous weapon

**Motion for Detention - Page 1**

     \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

     __X__ Defendant's appearance as required

     __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

     __X__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense,

     \_\_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

     \_\_\_\_\_ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

     \_\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

     \_\_\_\_ At first appearance

     __X__ After continuance of __3__ days (not more than 3).

DATED this   11th   day of May 2023.

>Respectfully submitted,
>
>LEIGHA SIMONTON
>UNITED STATES ATTORNEY
>
>     /s/ Rick Calvert
>RICK CALVERT
>Assistant United States Attorney
>1100 Commerce Street, Third Floor
>Dallas, Texas 75242-1699
>Telephone: 214-659-8600
>Email: Rick.Calvert@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on the 11th day of May, 2023.

>     /s/ Rick Calvert
>Rick Calvert
>Assistant United States Attorney

**Motion for Detention - Page 3**